Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
Suite 914
San Francisco, CA 94104
Telephone: 415.651.1951
Fax: 415.500.8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Ryan M. Koonce

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan M. Koonce,<br><br>    Plaintiff,<br><br>    v.<br><br>FIA Card Services, National Association,<br><br>    Defendant. | Case No. 13-cv-2102 JSC<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT FIA CARD SERVICES, NATIONAL ASSOCIATION |

Plaintiff Ryan M. Koonce ("Plaintiff"), by counsel, and Defendant FIA Card Services, National Association ("FIA"), by counsel, (the only defendant in this action) hereby stipulate that Plaintiff's entire action is dismissed, with prejudice.

Dated: November 14, 2013                    /s/*Mark F. Anderson*
                                                               Mark F. Anderson, SBN 44787
                                                                Anderson, Ogilvie & Brewer LLP
                                                                235 Montgomery Street
                                                                San Francisco, CA 94104, Suite 914
                                                                Phone: 415.651.1951
                                                                Fax: 415.500.8300
                                                                mark@aoblawyers.com

                                                                Attorney for Plaintiff

Dated: November 14, 2013

*Raymond Y. Kim* (SBN 251210)
Raymond Y. Kim
rkim@reedsmith.com
REED SMITH, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Fax: 213.457.8080

Attorneys for Defendant FIA Card Services, N.A.

Dated: 11/14/13

GRANTED

Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Koonce v FIA Card Services,* Case 13-02102 JSC
Stipulation for Dismissal

2