Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
Suite 914
San Francisco, CA 94104
Telephone: 415.651.1951
Fax: 415.500.8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Ryan M. Koonce

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan M. Koonce,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIA Card Services, National Association,<br><br>　　　　　Defendant. | Case No. 13-cv-2102 JSC<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT FIA CARD SERVICES, NATIONAL ASSOCIATION |

　　Plaintiff Ryan M. Koonce ("Plaintiff"), by counsel, and Defendant FIA Card Services, National Association ("FIA"), by counsel, (the only defendant in this action) hereby stipulate that Plaintiff's entire action is dismissed, with prejudice.

Dated: November 14, 2013

/s/*Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104, Suite 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiff

| | |
|---|---|
| Dated: November 14, 2013 | *Raymond Y. Kim* (SBN 251210)<br>Raymond Y. Kim<br>rkim@reedsmith.com<br>REED SMITH, LLP<br>355 South Grand Avenue<br>Suite 2900<br>Los Angeles, CA 90071-1514<br>Telephone: 213.457.8000<br>Fax: 213.457.8080<br><br>Attorneys for Defendant FIA Card Services, N.A. |

Dated: 11/14/13

GRANTED

Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Koonce v FIA Card Services,* Case 13-02102 JSC
Stipulation for Dismissal                                                                                         2